s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| Amanda Gaston and Charles Gaston, | : | Case No. 1:20-CV-03011-JRS-MG |
|---|---|---|
| Plaintiffs, | : | (Hon. James R. Sweeney II) (Mag. Judge Mario Garcia) |
| vs. | : | **STIPULATED NOTICE OF DISMISSAL** |
| Flex N Gate Corporation, | : | |
| Defendant. | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

This day came the parties by their attorneys in open court and declared this case amicably resolved.

IT IS THEREFORE ORDERED that this case be, and the same hereby is, dismissed with prejudice to another action at plaintiffs' costs, with each party to bear their or its own attorney fees.

Date: 8/12/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all parties of record via CM/ECF.